IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert W. Johnson,<br><br>                      Plaintiff,<br><br>vs.<br><br>Toomey Abbot Towers and Syracuse Housing Authority,<br><br>                      Defendants. | Civil No.: 1:24-cv-00219 |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

[¶ 1]  THIS MATTER comes before this Court on a Motion for Leave to Proceed *in forma pauperis* filed by the Plaintiff on November 4, 2024. Doc. No. 1. On November 20, 2024, United States Magistrate Judge Clare R. Hochhalter filed a Report and Recommendation which recommends the Motion be denied and the case be closed. Doc. No. 4. December 9, 2024, was set as the date to file objections. To date, no objection has been filed.

[¶ 2]  The Court has reviewed the Report and Recommendation and the entire record in this case. The Court finds the Report and Recommendation persuasive and the Plaintiff's Objection to be meritless. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety. The Motion for Leave to Proceed *in forma pauperis* is **DENIED**. The Clerk of Court is directed to administratively close this case.

[¶ 3]  **IT IS SO ORDERED.**

Dated December 11, 2024.

Daniel M. Traynor, Judge
United States District Court